**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **Case No.** 1:26-cr-00274-MJM |
| **vs.** | * | |
| George Robinson | | |

******

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, George Robinson. I certify that: [check and complete one that applies]

☑ I am admitted to practice in this Court, and my bar number is 29830.

☑ I am a member in good standing of the bar of the highest state court of Maryland and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

| | |
|---|---|
| September 14, 2026 | /s/ |
| Date | Signature of Counsel |
| | Jeremy Eldridge |
| | Print Name |
| One South Street, Suite 2150 | 443-559-4384 |
| Firm Address | Phone No. |
| | 443-288-6633 |
| Address | Fax No. |
| Baltimore, Maryland 21202 | jeremy@mymdlegal.com |
| City/State/Zip | Email Address |

Please select your designation:

☐ CJA ☑ Retained ☐ Public Defender ☐ Pro Bono

**** NOTE**: Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

U.S. District Court

For The District of Maryland

# Electronic Case Files Attorney/Participant Registration Form

This form is to be used to register for an account on the Court's Electronic Case Files (ECF) System. Registered attorneys will be able to electronically file documents. The following information is required for registration:

First Name Jeremy Eldridge

Middle Name Michael

Last Name Eldridge

Generation ____________________

Last four digits of Social Security number (for security verification) 1232

Agency Name Law Offices of Eldridge and Crandell LLC

Address One South Street, Ste 2150, Baltimore MD 21202

____________________

Voice Phone Number 443-559-4383

Fax Number 443-288-6633

Internet Email Address jeremy@mymdlegal.com

1. This system is for use only in cases before the ***U.S. District Court for the District of Maryland***. It may be used to file electronic documents.

2. An attorney's/participant's password issued by the court combined with the user's login serves as and constitutes the attorney's/participant's signature.

3. An attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect that the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. The court will immediately delete the password from the Electronic Case Filing System and issue a new password.

4. Registration as a user constitutes:
   a) Consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and
   b) Consent to electronic service and waiver of service by any other means, except for original process.

5. Attorneys must be members in good standing of the bar of this court, or permitted by statute or Local Rule to appear without being a member of the bar, to file papers electronically.

**Please include this completed form with your Request for Entry of Appearance.**